IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RUSSELL JOSEPH BRETON, <br><br> Plaintiff, <br><br> vs. <br><br> LAKE COUNTY, et al., <br><br> Defendants. | CV 22–142–M–DWM <br><br><br><br> ORDER |

On August 22, 2022, Plaintiff Russell Joseph Breton, an inmate at the Lake County Jail, filed this lawsuit challenging the conditions of confinement at the facility, including an individual 42 U.S.C. § 1982 claim for an assault he suffered at the hands of another inmate. (Doc. 1.) On September 13, 2022, Defendants filed a motion to dismiss for failure to state a claim. (Doc. 4.) Instead of responding to that motion, Breton filed an amended complaint on October 3, 2022. (Doc. 7.) Because Breton's Amended Complaint Supersedes the original complaint, Fed. R. Civ. P. 15(a)(1)(B); *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015),

1

IT IS ORDERED that Defendants' motion to dismiss (Doc. 4) is DENIED as MOOT. Defendants may refile their motion or answer within the 21-days provided by Rule 12. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

DATED this 4th day of October, 2022.

_____
Donald W. Molloy, District Judge
United States District Court