IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RUSSELL JOSEPH BRETON, | CV 22–142–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| LAKE COUNTY, | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH

PREJUDICE, each party to pay its own costs.  All pending motions are MOOT and

all deadlines are VACATED.  The jury trial set for July 10, 2023 is VACATED.

DATED this 21st day of February, 2023.

Donald W. Molloy, District Judge
United States District Court